Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

08 JUN 26 PM 12: 11

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CT DEPUTY

| | |
|---|---|
| Barbara Hubbard,<br>Plaintiff,<br><br>vs<br><br>Fortune Commercial Corporation dba Seafood City Supermarket; Montague Guild, Jr., Successor Trustee of the Montague Guild Trust Under Declaration of Trust Dated March 3, 1985; Montague Guild, Jr., Trustee of the Dorothy Guild Trust Under Declaration of Trust Dated March 3, 1985,<br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br>Case No. '08 CV 0984 JAH POR |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | JUN 2 6 2008 |
| CLERK | DATE |

By C. PUTTMANN Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)