Summons in a Civil Action (Rev 11/97)

FILED
JUL 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EG DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Barbara Hubbard,
Plaintiff,

vs

Fortune Commercial Corporation dba Seafood City Supermarket; Golden Eagle Real Estate Investment, L.P., Defendants.

**SUMMONS ON FIRST AMENDED COMPLAINT**

Case No. 08cv0984 JAH (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
Disabled Advocacy Group, APLC
12 Williamsburg Lane Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — JUL 3 0 2008

CLERK — DATE

By B. LOYD (SEAL), Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)